HENRY HOF, INC., Appellant, *v.* HOWARD V. NOLL et al., Respondents.

Argued March 1, 1949; decided April 14, 1949.

*Joseph R. Shaughnessy* and *George L. Allin* for appellant.

*Joseph M. Proskauer* and *J. Alvin Van Bergh* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.